IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOS LOBOS RENEWABLE POWER, LLC, and
LIGHTNING DOCK GEOTHERMAL HI-01, LLC,

        Plaintiffs,

v.

        No: 2:15-cv-00547-MV-KRS

AMERICULTURE, INC., a New Mexico
for profit corporation, and DAMON SEAWRIGHT,
individually and as an officer and director of
Americulture, Inc.,

        Defendants.

## ORDER TO ANSWER OR RESPOND TO COMPLAINT

**THIS MATTER** comes before the Court *sua sponte*. Having reviewed the record and as discussed during the January 28, 2019 status conference, it is apparent that Defendants have not answered the operative complaint in this case. Now that the stay of proceedings has been lifted, Defendants must do so.

**IT IS, THEREFORE, ORDERED** that Defendants answer or otherwise respond to Plaintiffs' amended complaint on or before **April 10, 2019**.

        _____
        KEVIN R. SWEAZEA
        UNITED STATES MAGISTRATE JUDGE