IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOS LOBOS RENEWABLE POWER, LLC
and LIGHTNING DOCK GEOTHERMAL
HI-01, LLC,
      Plaintiffs,

v.                                                   No. 2:15-cv-00547-MV-KRS

AMERICULTURE, INC., a New Mexico
for profit corporation and DAMON
SEAWRIGHT, Individually and as an
officer and director of AMERICULTURE
INC.,
      Defendants.

## ORDER EXTENDING SCHEDULING DEADLINES

**THIS MATTER** comes before the Court on Joint Motion of the Parties to extend certain discovery deadlines [Doc. 98], through respective counsel of record. Finding the Joint Motion well taken, the Court hereby Orders that the dates sets forth in the Court's Scheduling Order [Doc. 72] are amended as follows:

    a. Termination of Discovery (limited to taking of depositions only): January 31, 2020.

    b. Motions related to discovery: March 20, 2020.

    c. All other motions: March 27, 2020.

    d. Pretrial order:    Plaintiff to Defendants by:    April 24, 2020.

                                   Defendants to Court by:    May 1, 2020.

**IT IS SO ORDERED.**

_____
Kevin R. Sweazea
United States Magistrate Judge