IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOS LOBOS RENEWABLE POWER, LLC
and LIGHTNING DOCK GEOTHERMAL
H1-01, LLC,
Plaintiffs,

v. No. 2:15-cv-00547-MV-KRS

AMERICULTURE, INC., a New Mexico
for profit corporation and DAMON
SEAWRIGHT, Individually and as an
officer and director of AMERICULTURE
INC.,
Defendants.

**PLAINTIFF LIGHTNING DOCK GEOTHERMAL'S**
**RESPONSE TO THE LAKINS LAW FIRM'S MOTION TO WITHDRAW**

Plaintiff Lightning Dock Geothermal H1-01, LLC ("LDG"), by and through its counsel of record, for its response to The Lakins Law Firm's Motion to Withdraw, states as follows:

1. The motion fails to comply with the requirement of Fed.R.Civ.Proc. 7(b)(1)(B) that the motion must "state with particularity the grounds for seeking the order" and when counsel sought further explanation from counsel for Defendants, he declined to provide it.

2. LDG is concerned that the motion was filed as a tactic to avoid compliance with case management deadlines, since; (1) it was filed three weeks before the scheduled mediation and two days before Defendants were required to respond to Plaintiff's settlement demand; and (2) no comparable motion was filed in another case pending in the First Judicial District between the same parties. *See AmeriCulture Inc., v. New Mexico Oil Conservation Commission*, No. D-101-CV-201502731 (Santa Fe District Court). LDG requests that if the motion is granted, that it not be further prejudiced by the substitution of counsel.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: */s/ Earl E. DeBrine, Jr.*

Earl E. DeBrine, Jr.
Christina C. Sheehan
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
Telephone: 505.848.1800
edebrine@modrall.com
ccs@modrall.com

*Attorneys for Plaintiff Lightning Dock Geothermal HI-01, LLC*

CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the foregoing was electronically submitted through the CM/ECF electronic file and serve system on the 2nd day of January, 2020, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: */s/ Earl E. DeBrine, Jr.*
Earl E. DeBrine, Jr.

W3618406.DOCX