IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LOS LOBOS RENEWABLE POWER, LLC**
**And LIGHTNING DOCK GEOTHERMAL**
**HI-01, LLC**

       **Plaintiffs,**                                  Case No. 2:15-CV-00547-MV-KRS

vs.

**AMERICULTURE, INC., a New Mexico**
**For profit corporation and DAMON**
**SEAWRIGHT, individually and as an**
**Officer and director of AMERICULTURE**
**INC.,**

       **Defendants.**

## ORDER EXTENDING SCHEDULING DEADLINES

**THIS MATTER** comes before the Court on the parties' Joint Motion for Extension of Scheduling Deadlines. Finding the motion well taken, the Court hereby Orders that:

The Court will conduct a settlement conference on February 20, 2020, in Las Cruces. The provisions of the Court's October 7, 2019, Order Setting Settlement Conference [Doc. 86] will be applicable to the February 20 settlement conference, with the exception that the deadline for defense counsel to serve on Plaintiff's counsel a response to Plaintiff's December 16, 2019, letter is January 27, 2020, and the deadline for the parties to make their respective submissions to the Court is February 13, 2020.

In addition, the dates sets forth in the Court's November 26, 2019 Order Extending Scheduling Deadlines [Doc. 100] are amended as follows:

    a.    Termination of Deposition Discovery: 30 days after the completion of production of all documents, and service of all written discovery responses, pursuant to either agreement of the Parties or the Court's rulings on pending and any to-be-filed motions to compel.

b. Deadline for Dispositive Motions: 30 days after the deadline for deposition discovery.

If the Parties have not otherwise resolved this dispute, the Court will schedule and conduct another settlement conference following completion of briefing of any dispositive motions that are filed.

**IT IS SO ORDERED.**

Kevin R. Sweazea
United States Magistrate Judge