# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

**LOS LOBOS RENEWABLE POWER, LLC, and**
**LIGHTNING DOCK GEOTHERMAL HI-01, LLC,**

      **Plaintiffs,**

**v.**                                      **Case No. 2:15-CV-00547-MV-KRS**

**AMERICULTURE, INC., a New Mexico**
**For profit corporation and DAMON SEAWRIGHT,**
**Individually and as an officer and director of AMERICULTURE, INC.,**

      **Defendants.**

## **ORDER VACATING SETTLEMENT CONFERENCE**

**THIS MATTER** comes before the Court on the parties' Joint Motion to Vacate Settlement Conference. Finding the motion well taken, the Court hereby Orders that:

1. The settlement conference scheduled for March 17, 2020 is vacated.

2. Either party may request the Court to schedule a future settlement conference to assist with settlement efforts.

**IT IS SO ORDERED.**

_____
Kevin R. Sweazea
United States Magistrate Judge